Index #: 20-CV-08796
Date Filed: December 11, 2020
AOS Filed: _____
Court Date: _____
File No.: _____

**AFFIDAVIT OF SERVICE**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

ATTORNEY(S): BROMBERG LAW OFFICE, P.C. BRIAN L. BROMBERG, ESQ.
ADDRESS: 352 RUTLAND ROAD # 1 BROOKLYN, NY 11225 PH:212-248-7906

**ANDREW DELEON,**
                                            Plaintiff
vs

**THE CITY OF NEW YORK, et al.,**
                                            Defendant

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

__Gilbert Rivera__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __December 29, 2020__ at __11:35 AM__ at __3016 WEBSTER AVENUE, BRONX, NY 10467__, deponent served the within **Summons In A Civil Action, Civil Cover Sheet, Complaint and Jury Demand**

with Index Number __20-CV-08796__, and Date Filed __December 11, 2020__ endorsed thereon,
on: **POLICE OFFICER FRANK ALIFFI**, **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY [ ] By delivering to and leaving with who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to **Mr. Goris - Co-Worker** a person of suitable age and discretion. Said premises is recipient's [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

[ ] Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 MAIL COPY [X] On __December 30, 2020__, deponent completed service under the last two sections by depositing a copy of the __ABOVE DOCUMENTS__ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

**Attempts**

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex __Male__ Color of skin __Tan__ Color of hair __Black__ Age __36 - 50 Yrs.__ Height __5ft9in - 6ft0in__ Weight __161-200 Lbs.__ Other Features: _____

#8 WIT. FEES [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this 30th day of December, 2020

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2024

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2024

Gilbert Rivera
Server's Lic #1278091
Work Order # 1126402

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE, STE. 150, WESTBURY, NY 11590 TEL 516-333-6380 FAX 516-333-6382          NYC DCA LIC. # 1381942