# AFFIDAVIT OF SERVICE

Index #: 20-CV-08796
Date Filed: December 11, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AOS Filed: _____
Court Date: _____
File No.: _____

ATTORNEY(S): BROMBERG LAW OFFICE, P.C. BRIAN L. BROMBERG, ESQ.
ADDRESS: 352 RUTLAND ROAD # 1 BROOKLYN, NY 11225 PH:212-248-7906

**ANDREW DELEON,**
*Plaintiff*

vs

**THE CITY OF NEW YORK, et al.,**
*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

__Majd Hussein__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __December 29, 2020__ at __1:29 PM__ at __100 CHURCH STREET, NEW YORK, NY 10007__, deponent served the within **Summons In A Civil Action, Civil Cover Sheet, Complaint and Jury Demand**

with Index Number __20-CV-08796__, and Date Filed __December 11, 2020__ endorsed thereon, on: **THE CITY OF NEW YORK c/o CORPORATION COUNSEL OF THE CITY OF NEW YORK**, **Defendant** therein named.

#1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. [ ]

#2 CORP./ENTITY — By delivering to and leaving with **Betty Mazyck - Clerk** who indicated they were authorized to accept service on behalf of the Corporation/Entity. [X]

#3 SUITABLE AGE PERSON — By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. [ ]

#4 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state. [ ]

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 MAIL COPY — On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. [ ]

#6 NON-SRVC — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: [ ]

**Attempts**

#7 DESCRIPTION [X] (use with #1, 2 or 3) — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex __Female__ Color of skin __Black__ Color of hair __Gray__ Age __51 - 65 Yrs.__ Height __5ft4in - 5ft8in__ Weight __131-160 Lbs.__ Other Features: __Glasses__

#8 WIT. FEES — $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient. [ ]

#9 MILITARYSRVC — Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not. [ ]

#10 OTHER [ ]

Sworn to before me on this 5th day of January, 2021

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2024

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2024



Majd Hussein
Server's Lic #2090551
Work Order # 1126401

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE, STE. 150, WESTBURY, NY 11590 TEL 516-333-6380 FAX 516-333-6382

NYC DCA LIC. # 1381942