```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREW DELEON,                                               :
                                                             :
                                  Plaintiff,                 :
                                                             :
            -against-                                        :   20-CV-8796 (VEC)
                                                             :
                                                             :       ORDER
                                                             :
THE CITY OF NEW YORK, and POLICE                             :
OFFICERS FRANK ALIFFI, ANTHONY                               :
TERILLI, JACK ANTUNES, ANDREW RUIZ,                          :
and TIMOTHY BURKE,                                           :
                                                             :
                                  Defendants.                :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2021

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff filed this lawsuit on October 21, 2020;

    WHEREAS on May 25, 2021, Plaintiff's counsel informed the Court that Plaintiff is presently incarcerated in the Dominican Republic and is unable to have notarized several forms necessary to the prosecution of this case, including medical releases; and

    WHEREAS Plaintiff's counsel has represented to the Court that the signature on the appended form is that of Plaintiff, Andrew DeLeon;

    IT IS HEREBY ORDERED that St. Barnabas Hospital must comply with the appended release despite the absence of notarization. For purposes of this release only, St. Barnabas Hospital must treat the release as it would a notarized release.

**SO ORDERED.**

Date: September 10, 2021
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**