```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREW DELEON,

                Plaintiff,

      -against-                        20-CV-8796 (VEC)

                                ORDER

THE CITY OF NEW YORK, and POLICE
OFFICERS FRANK ALIFFI, ANTHONY
TERILLI, JACK ANTUNES, ANDREW RUIZ,
and TIMOTHY BURKE,

                Defendants.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS Plaintiff filed this lawsuit on October 21, 2020;

        WHEREAS on May 25, 2021, Plaintiff's counsel informed the Court that Plaintiff is presently incarcerated in the Dominican Republic and is unable to have notarized several forms necessary to the prosecution of this case, including medical releases; and

        WHEREAS Plaintiff's counsel has represented to the Court that the signature on the appended form is that of Plaintiff, Andrew DeLeon;

        IT IS HEREBY ORDERED that the New York City Police Department, the Office of the District Attorney for Bronx County, and the Bronx County Criminal Court must comply with the appended release despite the absence of notarization.  For purposes of this release only, the New York City Police Department, the Office of the District Attorney for Bronx County, and the Bronx County Criminal Court must treat the release as they would a notarized release.

**SO ORDERED.**

Date: September 15, 2021
      New York, NY

                                        _____
                                        **VALERIE CAPRONI**
                                        **United States District Judge**