UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ANDREW DELEON,

                             Plaintiff,

          -against-

THE CITY OF NEW YORK, and POLICE
OFFICERS FRANK ALIFFI, ANTHONY
TERILLI, JACK ANTUNES, ANDREW RUIZ,
and TIMOTHY BURKE,

                            Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/22

20-CV-8796 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

      WHEREAS in November 2021, this case was referred to the Southern District of New York's mediation program pursuant to Local Rule 83.10;

      IT IS HEREBY ORDERED that the parties must submit a joint letter informing the Court of the status of settlement not later than **April 20, 2022**.

**SO ORDERED.**

Date:  April 14, 2022
          New York, NY

                                         **VALERIE CAPRONI**
                                         **United States District Judge**